UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| L-3 SPACE AND NAVIGATION,  :<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>RAFFIK ABNOUS et al.,  :<br>:<br>Defendants.  :<br>:<br>: | Civil Action No. 05-0098 (SRC)<br><br>**ORDER** |

**CHESLER**, District Judge

This matter having come before the Court on the motion by Plaintiff to enforce settlement [docket entry 66]; and Defendant Raffik Abnous having opposed this motion [docket entry 68]; and the Court having considered the parties' written submissions; and the Court having opted to rule based on the papers submitted and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith; and good cause shown,

**IT IS** on this 30th day of November, 2010,

**ORDERED** that Plaintiffs' motion to enforce settlement [docket entry 66] be and hereby is **GRANTED**, and it is further

**ORDERED** that Plaintiff shall submit its calculation of pre-judgment interest within ten

days of this order and a proposed final judgment incorporating the interest.


                                                                   s/ Stanley R. Chesler
                                                         STANLEY R. CHESLER
                                                  United States District Judge